# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **15-356 M**
2) Defendant's Name: **St. Julien   Richard**
   (Last)           (First)           (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: **5/7/15**
10) Detention Hearing Held: ___ Bail set at: _____ ROR Entered: ___ POD Entered: **X**
11) Temporary Order of Detention Entered: ___  Bail Hearing set for: _____
12) (a) Preliminary Hearing set for: **5/18/15 @ 2:00**; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: **Jacquelyn Kasulis**
14) DEFENSE COUNSEL'S NAME: **Scott Resnick**
    Address: _____
    Bar Code: _____ CJA: ___ FDNY: ___ RET: ✓
    Telephone Number: (___) _____
15) LOG #: **3:34 - 3:53**   MAG. JUDGE: **Steven Gold**
16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety(ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety(ies) to co-sign bond by _____

Other Comments/Rulings: **Defense presented a bail package. the Gov't opposed. Court denied Bail. Order of detention entered without prejudice.**

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE