# Katten
Katten Muchin Rosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
www.kattenlaw.com

ALAN J. BRUDNER
alan.brudner@kattenlaw.com
212.940.6362 direct
212.940.8776 fax

May 12, 2015

The Honorable Marilyn D. Go
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Room 1214-S
Brooklyn, NY 11201

Re: <u>United States v. Richard St. Julien, Case No. 1:15-mj-00356</u>
<u>Defendant's Waiver of Preliminary Hearing</u>

Dear Magistrate Judge Go,

This is to inform the Court that Richard St. Julien, the Defendant in the captioned matter, waives his right to a preliminary hearing. The Government has been notified, and has consented to Mr. St. Julien's request that the preliminary hearing be removed from the Court's calendar of Monday, May 18, 2015.

Respectfully submitted,

*[signature]*

Alan J. Brudner

cc: AUSA Jacquelyn Kasulis